ORIGINAL

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

TYRONE DONOVAN JACOBS

(Enter above the full name of the plaintiff in this action)

V.

Warden Bergami
FCI FAIRTON

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

R E C E I V E D

MAR - 7 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.    **If you cannot prepay the $402.00 fee,** you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    **If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.** The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

    \_\_\_\_    42 U.S.C. §1983 (applies to state prisoners)

    ✓    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

\_\_ Pretrial detainee

\_\_ Civilly-committed detainee

\_\_ Immigration detainee

\_\_ Convicted and sentenced state prisoner

✓ Convicted and sentenced federal prisoner

\_\_ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b.    Court and docket number: _____

c.    Grounds for dismissal: ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _____

e.    Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? **FCI FAIRTON**

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: **Tyrone Donovan Jacobs**

Address: FCI FAIRTON    PO Box 420
FAIRTON, NJ 08320

Inmate#: 76316067

b.    First defendant:

Name:

Official position: WARDEN

Place of employment: FCI FAIRTON

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

I was tested 4 times out of FCI Fort Dix (SHU) and arrived here Dec 1st 2020 and test (−) again and because Mr. Bergami allowed them to house Quarantine and Isolation inmates on the same unit I contracted Covid. I was placed in a dirty room and I caught Covid 19

c.    Second defendant:

Name:

Official position:

Place of employment:

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    ✓ Yes        ___No

    If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

    I filed every step of the "Adminastrative Remedy" proccess and never recieved my BP-11 responce from "Central Office." They have all my copies and prior responses.

    If your answer is "No," briefly explain why administrative remedies were not exhausted.

    _____

    _____

    _____

    _____

6.  Statement of Claims

    (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

    I was cleared "Negative" 4 times in (covid) Fort Dix "Segregated Housing Unit". I get to FCI FAIRTON and am tested on the Bus which 7 days later comes back "Negative". Then on Dec 14th I'm tested to get off Quarantine and I have contracted a blood borne pathogen" with No cellmate.

Because we were never informed that there were Isolation inmates being housed on the Quarantine Block. So they tested positive and there were sharing showers, phones, book cart, etc. The cell I was moved into was a mess which I was instructed that I had to clean myself w/out gloves. This was clearly alarming to me because FCI Fort Dix was extremely precautious in the SHU and followed all CDC guidelines as well as supplied us proper cleaning items. After catching Covid since then my whole units have broken out several times causing me to have had Covid 19 (A Blood borne Pathogen) 3 times in total. They have been refusing to test people with symtoms here and are unable to contain and control this virus which many still don't know the long term effects of. Mr. Bergami (Warden) clearly neglected hundreds of lives when he mixed confirmed positive case inmates with Quarantined inmates who traveled from another facility. And there are many negative effects of carrying a Blood Borne Pathogen. Some known, yet many still unknown to the masses.

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I am requesting a TEN-MILLION DOLLARS ($10,000,000) settlement. To discourage future contamination of inmates against their will and "Immediate

_release with terminated Supervised release._
_Otherwise I am pursuing a public Trial (Non-Jury) to show how we been treated, clearly neglected and unable to Social distance_

8.    Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial (X) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __Febuary__ , 20_2 2_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).